1  Samuel F. Barnum (SBN 075767)
2  **LAW OFFICES OF SAMUEL F. BARNUM**
   4302 Redwood Highway, Suite 100
3  San Rafael, CA 94903
   Telephone: (415) 492-9800
4  Facsimile:  (415) 492-9808

5  Attorney for Plaintiff
6  Lesley Cooper

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | LESLEY COOPER,                          | Case No.  C 05 4835 JL
13 |        Plaintiff,                       |
14 |                                         | **JOINT CASE MANGEMENT**
   |        v.                               | **STATEMENT AND ~~PROPOSED~~ ORDER**
15 |                                         |
16 | UFCW  NORTHERN CALIFORNIA               | Judge:    Hon. James Larson
   | EMPLOYERS JOINT PENSION PLAN,           | Date:     July 19, 2006
17 |                                         | Time:     10:30 am
18 |        Defendant.                       |
   | _____/      |

19      The parties submit the following Joint Case Management Conference Statement and
20 Proposed Order in connection with the Case Management Conference set for July 19, 2006.

21
22              **ALTERNATIVE DISPUTE RESOLUTION**

23      At the initial Case Management Conference on April 5, 2006, the Court referred this case
24 to Early Neutral Evaluation based on the parties  stipulation.

25      The ENE session occurred as scheduled on June 21, 2006.  In conjunction with that
26 proceeding, the parties have commenced settlement discussions.  Plaintiff s settlement demand is

27 _____
   **JOINT CASE MANAGEMENT STATEMENT AND**
   **PROPOSED ORDER**

1  under consideration by Defendant.  Any decision regarding settlement in this case must be
2  considered by Defendant s Board of Trustees.  The next regularly scheduled meeting of the
3  Board does not occur until August 2, 2006.  Consequently, the parties will need some additional
4  time for purposes of the pending settlement negotiations and therefore request that the Court
5  continue the Case Management Conference for at least 60 days.

7  Dated:  July 12, 2006                    LAW OFFICES OF SAMUEL BARNUM

                                            By /s/ *Samuel F. Barnum*
                                                Samuel Barnum
                                                Attorney for Plaintiff, Lesley Cooper

10 Dated:  July 12, 2006                    DAVIS, COWELL & BOWE, LLP

                                            By /s/ *J. Thomas Bowen*
                                                J. Thomas Bowen
                                                Attorneys for Defendant,
                                                UFCW  Northern California
                                                Employers Joint Pension Plan

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case.   A further Case Management Conference is set for September 27, 2006.

Dated: __July 18, 2006__

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

JOINT CASE MANAGEMENT STATEMENT AND
PROPOSED ORDER                                                                 Page 2