Elizabeth A. Lawrence, (SBN 111781)
Joni S. Jacobs, (SBN 178936)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415-597-7200
Fax:            415-597-7201
E-mail: ELawrence@dcbsf.com

Attorneys for Defendant
UFCW Northern California Employers
Joint Pension Plan

Samuel F. Barnum
LAW OFFICES OF SAMUEL F. BARNUM
4302 Redwood Highway, Suite 100
San Rafael, California 94903
Telephone: 415-492-9800
Fax:            415-492-9808
E-mail:  sambarnum@earthlink.net

Attorney for Plaintiff Lesley Cooper

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY COOPER,<br><br>            Plaintiff,<br><br>     vs.<br><br>UFCW NORTHERN CALIFORNIA<br>EMPLOYERS JOINT PENSION PLAN,<br><br>            Defendant. | CASE NO.  C 05 4835 JL<br><br>**JOINT STIPULATION TO CONTINUE TRIAL DATE PENDING RULING ON CROSS SUMMARY JUDGMENT MOTIONS** |

1

1   Pursuant to Local Rule 6-2, the parties in the above-captioned matter hereby stipulate to

2   continue the trial date in this matter until 60 days following the ruling on the pending cross

3   motions for summary judgment, with the Court's consent.

4

5   Dated:   April 11, 2007                              DAVIS, COWELL & BOWE, LLP

6

7                                                        By:  ___/s/ Elizabeth A. Lawrence___
                                                              Elizabeth A. Lawrence
8

9                                                        Attorneys for Defendant
                                                         UFCW Northern California Employers Joint
10                                                       Pension Plan

11

12

13  Dated:   April 11, 2007                              LAW OFFICES OF SAMUEL F. BARNUM

14

15                                                       By:  ___/s/ Samuel F. Barnum/eal___
                                                              Samuel F. Barnum
16
                                                         Attorney for Plaintiff Lesley Cooper
17

18

19  IT IS SO ORDERED.

20

21

22  Dated:  _____April 13, 2007_____

23                                                       UNITED _____ STATE JUDGE

24

25

26

27

28

2

Joint Stipulation to Continue Trial Date Pending Ruling on Cross Summary Judgment Motions

CERTIFICATE OF SERVICE
STATE OF CALIFORNIA, SAN FRANCISCO

I am employed in the City of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address:  595 Market Street, Suite 14, San Francisco, CA  94105.

On April 11, 2007, I caused to be served the foregoing document(s) described as:

**JOINT STIPULATION TO CONTINUE TRIAL DATE PENDING RULING ON CROSS SUMMARY JUDGMENT MOTIONS**

on the parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Samuel F. Barnum                                    Attorney for Plaintiff
LAW OFFICES OF SAMUEL F. BARNUM
4302 Redwood Highway, Suite 100
San Rafael, CA  94903

[X]    (BY MAIL)  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that same day with first-class postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after of deposit for mailing in affidavit.

[ ]    (BY FACSIMILE)  At _____ __ m., I transmitted the above described document by facsimile machine to the above-listed fax number(s).  The transmission originated from facsimile phone number (415) 597-7201 and was reported as complete and without error.  The facsimile machine properly issued a transmission report.

[ ]    (BY OVERNIGHT DELIVERY)  I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on this 11th day of April 2007, at San Francisco, California.


            /S/  Miriam I. Tom_____
            Miriam I. Tom